IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | | |
|---|---|---|
| VICTOR MANUEL ORTIZ, | ) | |
| | ) | |
| Petitioner, | ) | CIVIL ACTION NO.: CV513-044 |
| | ) | |
| v. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | (Case No.: CR511-10) |
| | ) | |
| Respondent. | ) | |

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, to which Victor Ortiz ("Ortiz") filed Objections. In his Objections, Ortiz asserts that the only portion of his sentence that he is challenging is that, as a part of his plea agreement, his attorney informed him that his federal sentence was to run concurrently to his state sentence. However, as the Magistrate Judge discussed in detail in his Report, the record before the Court contradicts this assertion.

Ortiz's Objections are **overruled**. The Magistrate Judge's Report and Recommendation is adopted as the opinion of the Court. The Government's Motion to Dismiss is **GRANTED**. Ortiz's Motion to Vacate, Set Aside, or Correct his Sentence,

filed pursuant to 28 U.S.C. § 2255 is **DISMISSED**. The Clerk of Court is directed to enter the appropriate judgment of dismissal.

**SO ORDERED**, this ___ day of ____October____, 2013.

_____
LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)